## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                                      )<br>            Plaintiff,                     )<br>                                                      )<br>      vs.                                         )<br>                                                      )<br>HOMERO BARRERAS GASTELUM,   )<br>                                                      )<br>            Defendant.                    ) | 8:05CR170<br><br>ORDER |

This matter is before the court on defendant's MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS [18]. For good cause shown, the court finds that an extension of time should be given in this case.

**IT IS ORDERED:**

1. Defendant's motion for extension of time [18] is granted, in part. Defendant is given until **June 22, 2005** to file pretrial motions.

2. The ends of justice will be served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **June 8, 2005 and June 22, 2005**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason that defense counsel requires additional time to adequately prepare the case and the failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

**DATED: June 8, 2005.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**