# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:05CR170 |
| | ) | |
| HOMERO BARRERAS GASTELUM, | ) | **SCHEDULING ORDER** |
| | ) | |
| Defendant. | ) | |

UPON THE ORAL MOTION OF THE GOVERNMENT (due to unavailability of a witness), and no objection from the defendant,

IT IS ORDERED that the evidentiary hearing on the Motion to Suppress/Motion to Suppress Statement [20] is rescheduled to **August 10, 2005** at **9:00 a.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.-

Since this is a criminal case, the defendant must be present, unless excused by the Court.   An interpreter will be provided by the Court.

DATED this 19th day of July, 2005.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge