IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | 8:05CR170 |
| HOMERO BARRERAS GASTELUM, ) | **SCHEDULING ORDER** |
| Defendant. ) | |

    IT IS ORDERED that the following is set for hearing on **June 1, 2006** at **10:30 a.m.** before Magistrate F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska:

    - Motion Requesting Pretrial Conference [48[ filed by the defendant.

    Since this is a criminal case, the defendant must be present, unless excused by the Court. An interpreter will be provided by the Court.

    Dated this 19th day of May, 2006.

                                                  BY THE COURT:

                                                  s/ F.A. Gossett
                                                  United States Magistrate Judge