FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

06 JUN 16 PM 1: 18

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:05CR170 |
| vs. | ) | ORDER OF COURT |
| | ) | TO DISMISS WITHOUT PREJUDICE |
| HOMERO BARRERAS GASTELUM, | ) | THE INDICTMENT |
| | ) | REGARDING |
| | ) | HOMERO BARRERAS GASTELUM |
| Defendant. | ) | |

IT IS ORDERED, pursuant to Federal Rule of Criminal Procedure 48(a), leave of Court

is granted for the dismissal without prejudice of the Indictment regarding Defendant,

HOMERO BARRERAS GASTELUM, pursuant to Motion of the United States (Filing No. 53).

DATED this __16__ day of June, 2006.

BY THE COURT:

_____